LEDYARD COGSWELL, JR., and Another, Appellants, v. ALBERTINE TOPEL and Others, Respondents.— Judgment and order unanimously affirmed, with costs. Leave to appeal to the Court of Appeals granted. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of Charges against GEORGE S. SKINKLE, a Patrolman Connected with the Police Department of the City of Watervliet, N. Y.— Motion to dismiss appeal is reserved until the argument of the appeal. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

BOARD OF SUPERVISORS OF HAMILTON COUNTY, Plaintiff, v. EAGLE NEST COUNTRY CLUB, Defendant.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of LEON G. CRARY, an Attorney.— The issues presented upon the charges made and the answer filed are hereby referred to Hon. Wesley O. Howard, of Troy, official referee, to hear the evidence, and report thereon, with his conclusions, to this court. Harold W. Main, district attorney of Franklin county, is hereby designated to prosecute such charges. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of CONCETTA HELZO, Respondent, against GOODWIN & Co., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

HUDSON RIVER DISTRIBUTING Co., INC., Respondent, v. MILTON VAN KEUREN, Appellant.— Motion granted, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO DELL AQUILO, Appellant.— Order of June 30, 1927, vacated, and time for the defendant to perfect his appeal extended to October 15, 1927; the defendant to remain in custody pending the determination of the appeal. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Application of MARY RORK, for the Revocation of Letters of Administration Issued to DELLA E. RORK, as Administratrix, etc., of JOHN J. RORK, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant, within ten days, consents to a resettlement, before the present surrogate of Albany county, of the printed case, and prints a supplemental case on appeal, presenting any papers and proceedings found by said surrogate to have been omitted from the case heretofore filed, and pays said costs, in which event the motion is denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Application of the BELMAR CONTRACTING Co., INC., Respondent, for a Certiorari Order against Mayor GEORGE R. HALPIN and Others, Appellants.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PERCY W. HORTON and Others, Relators, v. WILLIAM A. PRENDERGAST and Others, as Commissioners of the Public Service Commission, and Another, Respondents. NIAGARA, LOCKPORT AND ONTARIO POWER COMPANY, Intervenor. In the Matter of the Petition of the NIAGARA, LOCKPORT AND ONTARIO POWER COMPANY, for a Determination That Said Company May Exercise the Right of Eminent Domain in Respect to

Certain Real Property in the Town of Orwell, Oswego County.— Motion granted. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

RUFUS A. PRESCOTT and Others, Appellants, Respondents, v. HERBERT D. WILLIAMS, Respondent, Appellant, and Others, Respondents, Impleaded with Others.— Motions denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHILDS COMPANY, Relator, v. JOHN F. GILCHRIST and Others, Constituting the State Tax Commission, Respondents.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

FRANCES THOMPSON, an Infant, by CATHERINE MYER, Her Guardian ad Litem, Respondent, v. CLOWRY CHAPMAN, Appellant.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

JOHN SCHERMERHORN, as Administrator, etc., of FANNIE POTTS HAWLEY, Deceased, Respondent, v. WILLIAM P. HAWLEY, Individually and as Executor, etc., of SAMUEL HAWLEY, Deceased, MARIE NATALIE DAVIS, as Executrix of the Estate of FRANK H. DAVIS, Deceased, Defendants. WALTER S. CRANDELL and CHARLES K. SEYMOUR, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

JAMES A. BEHA, Superintendent of Insurance of the State of New York, as Liquidator of the NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY, Appellant, v. WILLIAM L. WEINSTOCK, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

NICK COLAFEMINA and Others, Respondents, v. HOWARD E. PECK and Another, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

THE TITLE AND MORTGAGE GUARANTY COMPANY OF SULLIVAN COUNTY, Respondent, v. FERDINAND BARENBLATT and Others, Defendants. BENJAMIN C. RILEY, Appellant.— Orders unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of JOSEPH PUMALO, Respondent, against LIBERATO FIOTO and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, because the findings do not justify the award, and that an award for a temporary total disability cannot be superimposed upon a schedule award. Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ., concur.

In the Matter of the Claim of JULIA PAOLOMINY, Respondent, against CHARLES E. McCRODDEN, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Claim of SOPHIA OSCARVITZ, Respondent, against VAN ALSTYNE MOTOR CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State